No. 619. ALLEN ET AL. *v.* DAVID ET AL. C. A. 5th Cir. Certiorari denied. *Leon Jaworski* for petitioners. *Solicitor General Cox,* Assistant Attorney General Douglas and *Alan S. Rosenthal* for respondents.

No. 621. DECK ET AL. *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied. *William H. Deck, pro se,* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for the United States.

No. 627. GREAT ATLANTIC & PACIFIC TEA Co., INC. *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. C. A. 7th Cir. Certiorari denied. *Thomas R. Mulroy* and *Daniel Walker* for petitioner. *Kenneth F. Burgess, D. Robert Thomas* and *Wilbur C. Delp, Jr.,* for respondent.

No. 629. GRAIN ELEVATOR, FLOUR & FEED MILL WORKERS, INTERNATIONAL LONGSHOREMEN ASSOCIATION, LOCAL 418, AFL-CIO *v.* MADDEN, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Irving M. Friedman, Harold A. Katz* and *Harry G. Fins* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 637. MCCLENNY *v.* COLORADO. Supreme Court of Colorado. Certiorari denied. *Anthony F. Zarlengo* for petitioner. *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John P. Moore,* Assistant Attorney General, for respondent.